603 F.2d 859
 U. S.
v.
Morales*
 No. 79-5208
 United States Court of Appeals, Fifth Circuit
 9/14/79
 
 1
 S.D.Fla.
 
 
 2
 AFFIRMED***
 
 
 3
 The Fifth Circuit by rule sets forth criteria for publication, provides for affirmance without opinion in certain circumstances, and directs that if an unpublished opinion is cited, a copy shall be attached to each copy of the brief. Fifth Circuit Rules, Rule 47.5, 28 U.S.C.A.)
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations